STATE OF NEW JERSEY v. CHARLES FOWLER.

January 21, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GURAL.

January 21, 1987.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J.C.C.

January 21, 1987.

Petition for certification denied.

CHARLES J. RIGGS, ET AL. v. TOWNSHIP OF LONG BEACH.

January 28, 1987.

Petition for certification granted.   (See 212 *N.J.Super.* 69)